**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Dawn L. Morris
Law Office of Dawn L. Morris
1106 Coolidge Blvd., Suite A
Lafayette LA 70503

**REHEARING ACTION: January 28, 2009**

**Docket Number: 08   00666-WCA**

**DIANNA BROUSSARD**
**VERSUS**
**LAFAYETTE PARISH SCHOOL BOARD**

**Appealed from Office of Workers' Compensation - # 4 Case No. 00-01898**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Oswald A. Decuir**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lafayette Parish School Board** has this day been

> **DENIED.**

cc: Michael Benny Miller, Counsel for the Appellant